UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**LORRAINE PARKS**,                                Case No. 1:13-CV-00118-KI

        Plaintiff,                                JUDGMENT

  v.

**COMMISSIONER OF SOCIAL SECURITY**,

        Defendant.


  Tim Wilborn
  Wilborn Law Office, P.C.
  P.O. Box 370578
  Las Vegas, NV 89137

      Attorney for Plaintiff

  S. Amanda Marshall
  United States Attorney
  District of Oregon
  Ronald K. Silver
  Assistant United States Attorney
  1000 S.W. Third Ave., Suite 600
  Portland, OR 97201-2902

Page 1 - JUDGMENT

Erin F. Highland
Special Assistant United States Attorney
Social Security Administration
701 Fifth Ave., Suite 2900 M/S 221A
Seattle, WA 98104-7075

    Attorneys for Defendant

KING, Judge:

The decision of the Commissioner is reversed. This action is remanded to the Commissioner under sentence four of 42 U.S.C. § 405(g).

IT IS SO ORDERED.

DATED this  23rd  day of April, 2014.

        /s/ Garr M. King
        Garr M. King
        United States District Judge