WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
tim@wilbornlaw.com
P.O. Box 370578
Las Vegas, NV 89137
Voice: (702) 240-0184
Fax: (503) 926-9133
  Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**LORRAINE PARKS,**                                          Case No. 1:13-cv-118-KI

          Plaintiff,

vs.                                                                              ORDER

**COMMISSIONER of Social Security,**

          Defendant.

          Attorneys' fees in the amount of $9,023.00 are hereby awarded to Plaintiff's attorney

pursuant to 42 U.S.C. § 406(b). The court finds this is a reasonable fee. Previously, this court

awarded fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. When issuing

the § 406(b) check, the agency is directed to subtract the amount of the EAJA fee previously received

by the attorney for the disability merits litigation, and to send to Plaintiff's attorney at his current

address shown above the balance of **$4,050.62**, minus any user fee. Any amount withheld after all

administrative and court attorneys fees are paid should be released to the claimant.

          DATED this 5th day of _____Oct._____, 2015.

                                        _____
                                        United States District Court Judge

Presented by:
s/ Tim Wilborn, OSB # 944644
(702) 240-0184
  Attorney for Plaintiff

ORDER - Page 1